# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) 05-194C

City Of Tacoma

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] George S. Karavitis

Firm Name: City Of Tacoma

Post Office Box: P. O. Box 11007

Street Address: 3628 So. 35th St.

City-State-Zip: Tacoma, WA 98411

Telephone & Facsimile Numbers: (253) 502.8331 and 502.8672

E-mail address: Skaravit@ci.tacoma.Wa.us.

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

This action involves a dispute regarding the change of rates provision of an electric utility service contract between a municipally owned public utility and an Air Force base, which is required by the terms of the contract to be resolved in accoradance with the Contract Disputes Act.

Government Agency Involved: A F

**See attached Sheet for three digit code.**

Amount Claimed: $ To Be Determined.

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003