IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CITY OF TACOMA, DEPARTMENT OF PUBLIC UTILITIES, LIGHT DIVISION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-194 C<br>(Judge Hodges) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of SHERYL L. FLOYD, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SHERYL L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 307-0282
Fax: (202) 514-8624

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: February 28, 2005

/s/ Sheryl L. Floyd
SHERYL L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2005, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "NOTICE OF APPEARANCE" addressed as follows:

Mark Crisson
Director Utilities
3628 South 35th Street
Tacoma, Washington 98409
Phone: (253) 593-8200

Anne L. Spangler
Chief Assistant City Attorney
Department of Public Utilities
P.O. Box 11007
Tacoma, Washington 98411
Phone: (253) 502-8218
Fax: (252) 502-8672

/s/ Sheryl L. Floyd