IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CITY OF TACOMA, DEPARTMENT OF PUBLIC UTILITIES, LIGHT DIVISION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-194 C (Judge Hodges) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED REQUEST FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 25 days, to and including May 3, 2005, to respond to plaintiff's complaint. Our response is currently due on April 8, 2005. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has stated that plaintiff would not oppose the Government's motion.

Defendant's counsel has contacted the Department of the Air Force in order to obtain information about this case. She has not yet received a litigation report or a draft answer which are needed in order to respond to the complaint. Defendant's counsel expects to receive this information during the week of April 11-15 or 18-22, 2005. Once defendant's counsel receives this information, she will require at least two weeks to review it in order to prepare the Government's response to the complaint.

In addition, once the Government's counsel receives the Air Force's litigation, she will be required to attend to other matters. During the week of April 11-15, 2005, defendant's counsel of record is required to report for jury duty to the Superior Court of the District of Columbia and to attend a training session in connection with revisions to the computer system at the Department of Justice. Moreover, during that week, defendant's counsel of record is required to file a reply

brief in connection with Helix Electric, Inc. v. United States, No. 02-278C (Fed. Cl.). During the week of April 18-22, 2005, defendant's counsel is required to appear at status conferences in connection with O. Ahlborg & Sons, Inc. v. United States, No. 02-272C (Fed. Cl.), and Arnold, et al. v. United States, No. 99-1001C (Fed. Cl.).

For the foregoing reasons, we respectfully request that the Court grant our motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Sheryl L. Floyd
SHERYL L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282
Facsimile: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

BRYAN O'BOYLE
Department of the Air Force
1501 Wilson Boulevard
Arlington, VA 22209-2403

APRIL 4, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2005, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "DEFENDANT'S UNOPPOSED REQUEST FOR AN ENLARGEMENT OF TIME" addressed as follows:

George S. Karavitis
Chief Assistant City Attorney
Department of Public Utilities
P.O. Box 11007
Tacoma, Washington 98411
Phone: (253) 502-8348

/s/ Sheryl L. Floyd