# In the United States Court of Federal Claims

* * * * * * *

CITY OF TACOMA, Department of Public Utilities, Light Division, *

*

Plaintiff, No. 05-194C

*

v. Filed: May 5, 2005

*

THE UNITED STATES OF AMERICA,

*

Defendant.

*

* * * * * * *

**ORDER**

The parties are reminded that the joint preliminary status report is due on June 24. We will contact the parties soon thereafter to schedule a status conference concerning the need for discovery, if applicable. Counsel will notify the court promptly upon determining that a party will file a dispositive motion

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge