# In the United States Court of Federal Claims

* * * * * * *

CITY OF TACOMA, Department of Public Utilities, Light Division,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

* * * * * * *

No. 05-194C

Filed: June 24, 2005

**SCHEDULING ORDER**

The parties will exchange documents voluntarily until October 31, 2005. Written discovery and discovery of fact witnesses will take place through March 31, 2006. Expert reports will be exchanged by May 31, 2006. Depositions will be completed by July 31, 2006. A joint status report is due on July 31, 2006.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge