IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CITY OF TACOMA, Department of Public Utilities. Light Division, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-194C (Judge Hodges) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT OF TIME FOR DISCOVERY AND TO MODIFY SCHEDULING ORDER

Plaintiff and Defendant respectfully and jointly request an enlargement of time of 120 days, to and including November 30, 2006, within which to complete discovery in this case. Discovery is currently scheduled to be completed on or before July 31, 2006.

The additional time requested is necessary in order to complete discovery in this complex litigation as well as to allow the parties sufficient time and opportunity to explore settlement options. Although the parties have engaged in and completed voluntary exchange of documents, written discovery and discovery of fact witnesses is continuing. Both parties need and intend to engage in additional written discovery including issuance of Interrogatories, Requests for Admission, and potentially Supplemental Requests for Production of Documents; all is necessary to reasonably discover material facts and witnesses and to identify the issues to be litigated. This discovery activity cannot be completed by the discovery deadline of March 31, 2006, set forth in the current Scheduling Order.

An additional reason supporting enlargement of the time for discovery herein is the Parties' mutual desire to engage in settlement discussions in this case. The Parties are currently in the process of scheduling said discussions to commence within the next two (2) weeks. It is as yet unknown how much time these settlement discussions may take to run their course, but

both Parties desire to avoid the expense of potentially needless discovery pending conclusion of said discussions. Consequently, the Parties seek an enlargement of time for discovery to include several weeks to fully explore settlement.

The Parties have discussed their respective discovery needs and, in view of pending settlement discussions, have agreed that an extension of time to July 31, 2006, for written discovery and depositions of fact witnesses is appropriate and necessary in this case. The Parties in turn further agree that an extension of time for exchange of expert reports is appropriate. Specifically, the Parties request that the Court issue a modified Scheduling Order establishing July 31, 2006, as the date for submittal of Plaintiff's expert report and September 30, 2006, as the date for submittal of Defendant's expert report. Finally, the Parties agree and mutually request the Court to modify the Scheduling Order to establish November 30, 2006, as the date deposition of experts will be completed, and December 14, 2006, as the date the Parties will file a joint status report.

For the foregoing reasons, we respectfully request that the Court grant this joint motion for enlargement of time and that it issue a revised Scheduling Order consistent with the Parties' request.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen, by Jeanne E. Davidson
DAVID M. COHEN
Director

/s/ Ward D. Groves
WARD D. GROVES
Assistant City Attorney
Department of Public Utilities
P.O. Box 11007
Tacoma, W A 98411
Tele: (253) 502-8217
Facsimile: (253) 502-8672

Attorney for Plaintiff

DATE: 3/14/06

/s/ Sheryl L. Floyd
SHERYL L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282
Facsimile: (202) 514-8624

OF COUNSEL:

BRYAN O'BOYLE
Department of the Air Force
1501 Wilson Boulevard Arlington, V A
22209-2403

Attorneys for Defendant

DATE: 3/16/06

CERTIFICATE OF FILING

I hereby certify that on this 17th day of MARCH, 2006, a copy of this "JOINT MOTION FOR ENLARGEMENT OF TIME FOR DISCOVERY AND TO MODIFY SCHEDULING ORDER" was filed e1ectronicaly. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing, through the Court's system.

/s/ Sheryl L. Floyd