# In the United States Court of Federal Claims

* * * * * * *

CITY OF TACOMA, Department of Public Utilities, Light Division, *

*

Plaintiff, * No. 05-194C

v. * Filed: March 27, 2006

*

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The joint motion for enlargement filed on March 17 is GRANTED. The Scheduling Order is modified as follows: plaintiff's expert report is due on July 31; defendant's expert report is due on September 30; and depositions of experts will be completed by November 30. The parties will file a joint status report no later than December 14.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge