# In the United States Court of Federal Claims

* * * * * * *

CITY OF TACOMA, Department of Public Utilities, Light Division, *

*

Plaintiff, No. 05-194C

*

v. Filed: July 11, 2006

*

THE UNITED STATES OF AMERICA,

*

Defendant.

*

* * * * * * *

**ORDER**

The parties' joint motion for enlargement to February 16, 2007 for discovery and to modify the scheduling order is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge