IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CITY OF TACOMA, Department of Public Utilities. Light Division, | ) | |
| Plaintiff, | ) | Case No. 05-194C |
| v. | ) | (Judge Hodges) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF CHANGE OF TELEPHONE NUMBER

To the Clerk:

Please take notice that the telephone number for counsel for United States has changed. Effective immediately, the new telephone number is: (202) 616-8278.

/s/ Sheryl L. Floyd
SHERYL L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-8278
Facsimile: (202) 514-8624

October 27, 2006

CERTIFICATE OF FILING

I hereby certify that on this 27th day of OCTOBER, 2006, a copy of "DEFENDANT'S NOTICE OF CHANGE OF TELEPHONE NUMBER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl L. Floyd