IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CITY OF TACOMA, DEPT. OF PUBLIC UTILITIES, LIGHT DIVISION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-194C |
| v. | ) | (Judge Hodges) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the parties mutually agree that the claims that are the subject of this litigation shall be dismissed with prejudice. Each party will bear its own costs, including but not limited to attorney fees, in connection with this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director
Authorized Representative of the Attorney General

/s/ Ward Groves
WARD GROVES
Assistant City Attorney
Department of Public Utilities
P.O. Box 11007
Tacoma, WA 98411
Tele: (253) 502-8217
Facsimile: (253) 502-8672

Attorney for Plaintiff

DATE: 12/5/06

/s/ Sheryl L. Floyd
SHERYL L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8278
Facsimile: (202) 514-8624

OF COUNSEL:

BRYAN O'BOYLE
Department of the Air Force
1501 Wilson Boulevard
Arlington, VA 22209-2403

Attorneys for Defendant

DATE: 12/4/06

CERTIFICATE OF FILING

I hereby certify that on this 7th day of DECEMBER, 2006, a copy of the "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl L. Floyd